UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: ROBERT L. KRASELNIK, ESQ.

Case 1:07-cv-11157-DLC   Document 2   Filed 12/22/2007   Page 1 of 1

JOSE RICO-VERAS, ETC.

                                                      Plaintiff(s)        Index # 07 CV 11157 (COTE)

                        - against -

AAA AUTO DIAGNOSTIC & REPAIR INC., ETAL                                   Purchased December 11, 2007

                                                      Defendant(s)        **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 17, 2007 at 12:45 PM at

520 W. 44TH STREET
NEW YORK, NY10036

deponent served the within SUMMONS AND COMPLAINT on AAA AUTO DIAGNOSTIC & REPAIR INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to JACK SMITH personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|------|------------|------------|----------------|-------------------|-------------------|
| MALE | WHITE | BLACK | 40 | 5'10 | 190 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  December 18, 2007

JOEL GRABER                    JOSEPH KNIGHT                   JONATHAN GRABER
Notary Public, State of New York   Notary Public, State of New York   Notary Public, State of New York      **BARRY F. GERMAN**
No. 02GR4699723               No. 01KN6178241                No. 01GR6156780                  License #: 982866
Qualified in New York County   Qualified In New York County    Qualified in New York County
Expires February 10, 2010      Expires November 26, 2011       Expires December 4, 2010           Invoice #: 453279

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728