UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: ROBERT L. KRASELNIK, ESQ.

Case 1:07-cv-11157-DLC   Document 6   Filed 05/22/2008   Page 1 of 1

JOSE RICO-VERAS, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED

                                    Plaintiff(s)

- against -

Index # 07 CV 11157 (DLC)
Court Date June 13, 2008

AAA AUTO DIAGNOSTIC & REPAIR INC., ETAL

                                    Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 13, 2008 at 12:30 PM at

520 W. 44TH ST.
NEW YORK, NY10036

deponent served the within ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT WITH AFFIDAVIT on AAA AUTO DIAGNOSTIC & REPAIR INC. therein named,

**CORPORATION**  a DOMESTIC corporation by delivering thereat a true copy of each to JACK "SMITH" personally, deponent knew said corporation so served to be the corporation described in said ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT WITH AFFIDAVIT as said Respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 40 | 5'10 | 190 |

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Respondent in this action.

Sworn to me on: May 13, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

BARRY F. GERMAN
License #: 982866
Invoice #: 462468