USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JOSE RICO-VERAS, on behalf of himself
and others similarly situated,

                Plaintiff,

    -v-

AAA AUTO DIAGNOSTIC & REPAIR INC., CC
AUTO DIAGNOSTIC CENTER INC. and CHAUDRY
NASIR,
                Defendants.
----------------------------------------X

07 Civ. 11157 (DLC)

ORDER

DENISE COTE, District Judge:

    Plaintiff submitted an affidavit dated May 7, 2008 enumerating the damages he is seeking in a default judgment against defendants. It is hereby

    ORDERED that plaintiff submit by 9 a.m. on June 13, 2008 a memorandum describing the methodology he used in calculating his damages and citing to legal authority for this methodology.

    SO ORDERED:

Dated:    New York, New York
           June 11, 2008

_____
DENISE COTE
United States District Judge