UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

JOSE RICO-VERAS, on behalf of himself and others similarly situated,

        Plaintiff,

v.

AAA AUTO DIAGNOSTIC & REPAIR INC., CC AUTO DIAGNOSTIC CENTER INC. and CHAUDHRY NASIR,

        Defendants.

Case No.: 07 CV 11157 (DLC)

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

**Jury Trial Demanded**

    Upon the affidavit of Robert L. Kraselnik, Esq., sworn to on the 27th of June, 2008, and upon the copy of the complaint and proofs of service hereto attached it is ORDERED that defendants AAA AUTO DIAGNOSTIC & REPAIR INC. and CC AUTO DIAGNOSTIC CENTER INC. show before this Court, at Room 11B, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY, on July 25, 2008, at noon thereof, or as soon thereafter as counsel may be heard, why an order of default judgment should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure and it is further ORDERED that a copy of this order, together with the papers upon which it is granted, be personally served upon the defendants or their attorneys on or before July 1, 2008 and that such service be deemed good and sufficient.

Dated: New York, NY
       June 27, 2008

                                                           _____
                                                           United States District Judge

1