UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK   Attorney: ROBERT GRASELNIK, ESQ.

---

JOSE RICO-VERAS, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED

                                      Plaintiff(s)

- against -

AAA AUTO DIAGNOSTIC & REPAIR INC., ETAL

                                      Defendant(s)

Index # 07 CV 11157 (DLC)
Court Date July 25, 2008

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 1, 2008 at 08:40 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT on CC AUTO DIAGNOSTIC CENTER INC. therein named,

**SECRETARY OF STATE**  a Domestic corporation by delivering two true copies to DONNA CHRISTIE, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Respondent and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Respondent in this action.

Sworn to me on:  July 2, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

STEVEN C. AVERY

Invoice #: 465197

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728