**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSE RICO-VERAS, on behalf of himself and
others similarly situated,

        Plaintiff,

    v.

AAA AUTO DIAGNOSTIC & REPAIR INC.,
CC AUTO DIAGNOSTIC CENTER INC. and
CHAUDHRY NASIR,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

Case No.: 07 CV 11157 (DLC)

**Jury Trial Demanded**

## ORDER OF DEFAULT JUDGMENT

THIS CAUSE is before the Court upon the Order to Show Cause for Default Judgment filed herein on June 27, 2008. The Court has carefully considered the Order to Show Cause and is otherwise fully advised in this matter. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Default Judgment is hereby entered in favor of the Plaintiff, Jose Rico-Veras, and against Defendants, AAA AUTO DIAGNOSTIC & REPAIR INC. and CC AUTO DIAGNOSTIC CENTER INC.

2.     Plaintiff shall recover from the Defendant AAA AUTO DIAGNOSTIC & REPAIR INC. a total of $37,200.00 consisting of wages (inclusive of liquidated damages) of $36,000.00 and attorney's fees of $1,200.

1

3.    Plaintiff shall recover from the Defendant CC AUTO DIAGNOSTIC CENTER

INC. a total of $352,762.50 consisting of wages (inclusive of liquidated damages) of

$351,562.50 and attorney's fees of $1,200.

4.    The claims of the putative collective action and class action members are hereby dismissed without

prejudice.

5.    The Clerk shall deny any pending motions as moot and dismiss claims against Nasir for failure to serve him.

6.    The Clerk shall close this case.

DONE AND ORDERED in Chambers at 500 Pearl Street, New York, NY this 25th day of

July , 2008.

_____
Hon. Denise L. Cote
United States District Judge